UNITED STATES DISTRICT COURT
           MIDDLE DISTRICT OF TENNESSEE
                NASHVILLE DIVISION


**EARL ALLEN LEWIS**              )
                                  )
                                  )
**v.**                            ) Civil Action No. 3:13-0007
                                  ) Judge Sharp/Knowles
**RICKY CHANDLER, et al.**        )


                    **O R D E R**


   The Initial Case Management Conference in this action previously set for March 4, 2013, at 10:30 a.m. is hereby rescheduled for **April 9, 2013, at 10:30 a.m.** before the undersigned. Prior to the hearing, counsel for the parties are directed to confer on a Proposed Case Management Order for the progression of this case, which shall be submitted three (3) days prior to the Case Management Conference.

   IT IS SO ORDERED.

                                  _____
                                  E. CLIFTON KNOWLES
                                  United States Magistrate Judge