# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| EARL ALLEN LEWIS, ) | |
| Plaintiff, ) | |
| ) | |
| v ) | CASE NUMBER 3:13-cv-0007 |
| ) | |
| RICKY CHANDLER, in his Official ) | Judge Sharp |
| Capacity as Police Chief for the City of ) | |
| Dickson Police Department; ) | Magistrate Judge Knowles |
| ) | |
| and SCOTT HULL, Individually and in ) | JURY DEMANDED |
| his Official Capacity as an Officer for the ) | |
| City of Dickson Police Department; ) | |
| Defendants. ) | |

## JOINT MOTION TO AMEND CASE MANAGEMENT ORDER
## AND RE-SET TRIAL DATE

Plaintiff and Defendants, by and through undersigned counsel, hereby jointly move this Court for entry of an Order amending the case management order.

In support of this motion, counsel for the parties state that, due to their trial schedules, they will be unable to meet the deadline to complete fact witness depositions by January 10, 2014. Furthermore, after discussion with all counsel and a period of consideration of the merits of consolidation for purposes of discovery, the parties have agreed to seek consolidation of this case with the case of <u>Earl Allen Lewis v. Kenneth Brown, Clayton (Nick) Jackson, Amanda Givens Mobley, and John Does I-V</u>, Case No. 3:13-cv-0111, in the U.S. District Court for the Middle District of Tennessee, Nashville Division, for the purposes of discovery only. The discovery deadline in case of <u>Lewis v. Brown, et al.</u> is set for March 31, 2014. The increased number of witnesses will require more time for completion of discovery and depositions.

Currently, this case is set for a three-day jury trial to begin on November 18, 2014. Undersigned counsel believe that consolidation of the cases for discovery and the additional time necessary to complete discovery will ultimately require a continuance of the trial date. Accordingly, the parties respectfully request that the written discovery deadline and all witness depositions deadline be continued to May 30, 2014, that the dispositive motion deadline be continued to September 12, 2014, and that the trial date be continued to a date no earlier than March 3, 2015, as the trial in the companion case of Lewis v. Brown, et al. is set for February 3, 2015.

Respectfully submitted,

/s/ Richard M. Brooks
Richard M. Brooks (BPR #4308)
130 Third Avenue West
Carthage, TN 37030
(615) 735-0807
(615) 735-1921 Fax
utkrmb@comcast.net
*Counsel for Plaintiff*

/s/ Aaron S. Guin
Kristin Ellis Berexa (BPR #14833)
Aaron S. Guin (BPR #21200)
**FARRAR & BATES, LLP**
211 Seventh Avenue North, Suite 500
Nashville, TN 37219
(615) 254-3060
(615) 254-9835 Fax
kristin.berexa@farrar-bates.com
aaron.guin@farrar-bates.com
*Counsel for Defendants*