IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| EARL ALLEN LEWIS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Docket No. 3:13-CV-0007 |
| RICKY CHANDLER, et al. | ) | Judge Sharp |
| | ) | Magistrate Knowles |
| Defendants. | ) | |

| EARL ALLEN LEWIS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Docket No. 3:13-CV-0111 |
| KENNETH BROWN, et al. | ) | Judge Haynes |
| Defendants. | ) | |

**''''''''''''''''''''''ORDER CONSOLIDATING ACTIONS FOR DISCOVERY**

This matter comes before the Court on the parties Motion to Consolidate for Discovery. The parties' Motion is GRANTED. The Court finds that these cases contain common questions of fact. Therefore, the cases of <u>Lewis v. Chandler, et al</u>, Docket No. 3:13-CV-0007, and <u>Lewis v. Brown, et al</u>, Docket No. 3:13-CV-0111, are hereby consolidated as follows for the purposes of conducting pretrial discovery:

1. These cases shall be consolidated from the date of entry of this order until the completion of discovery for the purposes of conducting any further discovery, including depositions of parties and witnesses, supplementation of written discovery and Rule 26(a)(1) initial disclosures, and as to disclosure of experts pursuant to Rule 26(a)(2).

2. As concerns the parties of Lewis v. Brown, et al, the prohibitions on rebuttal experts and discovery depositions of expert witnesses found in their Initial Case Management Order (D.E. 30) are hereby lifted.

3. The parties to both actions may exchange all records produced in discovery and obtained pursuant to any authorizations to obtain medical and related records.

4. To facilitate consolidation of discovery, the following scheduling deadlines shall apply in both cases:

    a. Deadline for written discovery and all witness depositions, including expert witness depositions: **June 30, 2014**.

    b. Deadline for Plaintiff to disclose expert witnesses pursuant to Rule 26(a)(2): **March 14, 2014**.

    c. Deadline for Defendants to disclose expert witnesses pursuant to Rule 26(a)(2): **May 30, 2014**.

    d. Deadline for disclosure of rebuttal experts: **June 16, 2014**.

These deadlines supplant the corresponding deadlines of any prior entered case management order applicable to the parties of either action.

5. As Lewis v. Chandler, et al has been referred to Magistrate Knowles for case management purposes, Lewis v. Brown, et al is hereby also referred to Magistrate Knowles to hear all discovery disputes.

6. The seal on the certified copy of Plaintiff's Social Security Disability File obtained by Counsel for Defendant Brown pursuant to a release executed by Plaintiff in Lewis v. Brown, et al may be broken for the purposes of supplying all parties with copies of these records.

Despite the breaking of the seal, the records shall be treated as being under seal for the purposes of any applicable Rules of Evidence.

It is so **ORDERED**.

**ENTERED** this thg"47yj "f c{"qh"Hgdtwct{."42360

_____
United States District Judge

APPROVED FOR ENTRY

*/s/ Brent S. Usery*
Brent S. Usery (#025737)
Spicer Rudstrom PLLC
Bank of America Plaza
414 Union Street, Suite 1700
Nashville, Tennessee 37219
(615) 259-9080
(615) 259-1522 (fax)
bsu@spicerfirm.com
*Counsel for Defendant Kenneth Brown, in his official capacity*

*/s/ Mark Nolan*
Mark Nolan (#015859)
Erik Fuqua (#029972)
BATSON NOLAN PLC
121 South Third Street
Clarksville, Tennessee 37040
(931) 647-1501
dmnolan@batsonnolan.com
efuqua@batsonnolan.com
*Counsel for Defendant Kenneth Brown, individually*

*/s/ Richard M. Brooks*
Richard M. Brooks
130 Third Avenue West
Carthage, TN 37030
*Attorney for Plaintiff*

*/s/ Aaron S. Guin*
Kristin Ellis Berexa (#14833)
Aaron S. Guin (#21200)
FARRAR &BATES, LLP
211 Seventh Avenue North, Suite 500
Nashville, TN 37219
(615) 254-3060
(615) 254-9835 Fax
kristin.berexa@farrar-bates.com
aaron.guin@farrar-bates.com
*Counsel for Defendants Chandler and Hull*

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing has been served upon the following by United States mail, postage prepaid, on February 7, 2014:

| | |
|---|---|
| Brent S. Usery (#025737) | Mark Nolan (#015859) |
| Spicer Rudstrom PLLC | Erik Fuqua (#029972) |
| Bank of America Plaza | BATSON NOLAN PLC |
| 414 Union Street, Suite 1700 | 121 South Third Street |
| Nashville, Tennessee 37219 | Clarksville, Tennessee 37040 |
| (615) 259-9080 | (931) 647-1501 |
| (615) 259-1522 (fax) | dmnolan@batsonnolan.com |
| bsu@spicerfirm.com | efuqua@batsonnolan.com |
| Counsel for Defendant Kenneth Brown, in his official capacity | Counsel for Defendant Kenneth Brown, individually |
| | |
| Amanda Givens Mobley | Reanna L. Todd |
| 1419 Indian Creek Road | 127 South Third Street |
| Cumberland Furnace, TN 37051 | Clarksville, TN 37040 |
| *Pro Se* | Attorney for Clayton (Nick) Jackson |

        */s/ Aaron S. Guin*    .